# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Smalls v. Sassaman, et al</u>　　:
　　　　　　　　　　　　　　　　　　　: **Civil Action No. 1:17-CV-2237**
Inmate:　Basheem Smalls　　　　　　　:
　　　　　　　　　　　　　　　　　　　: **(CHIEF JUDGE CONNER)**
ID:　　　55719-054　　　　　　　　　　:

## **ORDER**

On December 6, 2017, the individual listed above, filed the above civil rights complaint without submitting a filing fee or the **proper** mandatory financial forms required to proceed *in forma pauperis*[1]. (Doc. 1).

By Administrative Order dated December 8, 2017, the Plaintiff was informed that this case would be dismissed, without prejudice, unless within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted an application to proceed *in forma pauperis* and an Authorization form. An application to proceed *in forma pauperis* and an Authorization form were enclosed with the Order. (Doc. 5).

On December 29, 2018, plaintiff submitted the application to proceed in forma pauperis. (Doc. 6). However, to date he has failed to submit the Authorization form.

More than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submissions, nor has he requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　　　/S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania
Dated:　　January 16, 2018

---

1. Although plaintiff filed a motion to proceed in forma pauperis (Doc. 2), this is not the correct form for civil rights matters and he failed to submit an Authorization form.