# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHEEM SMALLS,** | : | CIVIL ACTION NO. 1:17-CV-2237 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **C.O. SASSAMAN,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of June, 2018, upon consideration of plaintiff's motion (Doc. 9) for reconsideration of the court's January 16, 2018 order (Doc. 8) dismissing this action based on plaintiff's failure to submit the proper mandatory financial forms required to proceed *in forma pauperis*, and plaintiff asserting that he submitted the proper Authorization Form to prison staff for mailing to the court, but prison staff failed to send the form to the court (see Doc. 9), it is hereby ORDERED that:

1. The motion (Doc. 9) for reconsideration is GRANTED.

2. The Clerk of Court is directed to REOPEN this matter and MARK the court's January 16, 2018 order (Doc. 8) vacated.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania