IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASHEEM SMALLS,** | : | CIVIL ACTION NO. 1:17-CV-2237 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **C.O. SASSAMAN,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 2nd day of March, 2021, upon consideration of defendant's motion (Doc. 45) for summary judgment, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 45) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendant Aaron Sassaman and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania